**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JORGE LUIS IBANEZ-
GUTIERREZ,

              Petitioner,

v.

ADELANTO ICE PROCESSING
CENTER WARDEN, et al.,

              Respondents.

Case No. 5:26-cv-02489-AYP

JUDGMENT

    IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 17, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE